

EXHIBIT A

**EXHIBIT B**

# HILLSBOROUGH COUNTY SHERIFF
## CAD CALL HARDCOPY

**CP 2010-192628**                                    Reported: Apr-19-2010 11:04:29

### Incident Location
Address : **10243 BIG BEND RD**
Place Name : **APPLEBEES D4 301 & BIG BEND**
District : **D4**   Beat : **K03**   Grid : **HS3800**

### General Information

Report number: **2010-192628**
Case Type : **HARASSING OBSCENE PHONE CALLS**   Priority : **3**
Dispatch   :         **13:06:39**
Enroute    :         **13:07:06**
At Scene   :         **13:20:51**
Cleared    :         **14:04:43**
How call received : **TELEPHONE**
Unit ids : **#1 - 1K30**
Call taker ID : **4212 WILLIAMS, BARBARA D**

### Complainant Information

Name : **WARD AMANDA**
State : **FL**
Home Telephone : **813 846-2926**
Remarks :
   Apr-19-2010 11:04:29 - CP SED SHE'S BEEN ▮
   HARRASED BY MGR AT APPLEBYS/CP CURR AT WESTSHORE
   PIZZA

   (at C4) on  - ADVD CP OF DELAY

### Clearance Information

Remarks :
   **ADV GVN**

Final Case type : **CIVIL - CIVIL MATTER**
Report expected : **NO**   Founded : **YES**
Cleared by : **NO FURTHER ACTION REQ'D**
Reporting Officer1 : **3056 - Newell, Michael J**

### Dispatch Details

Unit number : **1K30**   Dispatched: **Apr-19-2010 13:06:39**
   Officer 1 : **3056 - Newell, Michael J**
Enroute : **Apr-19-2010 13:07:06**
At scene: **Apr-19-2010 13:20:51**
Cleared : **Apr-19-2010 14:04:43**
Dispatcher ID : **4212**

### Unit/Officer Details

**13:06 Apr 19 C4     4212   DP:1K30    PT 3056**
     **6026 41 HW N**

**13:07 Apr 19 1K30    3056   ER:1K30    PT 3056**

**EXHIBIT C**

4/19/2010

I RECEIEVED A CALL FROM HOSTESS, AMANDA, STATING THAT SHE WAS CHECKING HER CELL PHONE AND FOUND A DELETED FILE SEND TO AN UNKNOWN NUMBER. SHE ASKED HEATHER IF SHE RECOGNIZED THE NUMBER & HEATHER CHECKED HER CELL AND HAD MANAGER CHRIS' PHONE NUMBER. AMANDA RECOVERED HER RECYCLE/DELETE AND SAW A PRIVATE PICTURE OF HERSELF HAD BEEN SENT TO CHRIS' PHONE. SHE BELIEVED THAT HE HAD DONE IT WHEN HE USED HER PHONE TO CALL IN A CSI SURVEY.

SHE EXPRESSED DEEP CONCERN AND WAS WAITING TO TALK POLICE TO FILE A COMPLAINT. I TOLD HER I WOULD INFO LISSA AND HAVE HER CALL HER THIS PM.

JAIMIE

P.S. She also said a Frequent guest, Todd, had it E-mailed to him also.

DP00004

**EXHIBIT D**

- Beware of indebtedness. Don't perform nonbusiness favors for others, and don't allow yourself to become indebted to others by requesting special privileges or allowing supervisors to single you out with special attention.

## Handling Complaints

Your sexual harassment policy should include directives for making a claim and the person or persons designated to receive those claims. Employees should not be forced to make their initial complaints to their supervisors, since, in many cases, the supervisor is the offender. Similarly, having two company representatives, one male and one female, allows victims to choose the person with whom they will feel more comfortable in making their claim. The sexual harassment investigators should be well-trained in the legal issues of the investigation and sensitive to the needs of all parties.

For best results, and to prevent additional legal charges, the investigator must do the following.

- Promise confidentiality. Assure complainants that you will contact only those people who must become part of the investigation.
- Guarantee nonretaliation, regardless of the outcome of the investigation.
- Restrict information both during and after the investigation to those who need to know.
- Keep investigation documents completely confidential and separate from complainant's and accused's personnel files.
- Insist on restricting testimony in the investigation to related facts. Prohibit innuendo, opinion, and attacks on the character or job performance of the accused.
- Review all applicable written documentation, as well as the personnel files of the parties involved.
- Remain neutral. Do not taint the investigation with personal stereotypes or premature conclusions.
- Take every claim seriously.
- Plan the investigation. Ensure that it is comprehensive, but timely. Investigate each allegation separately. Analyze the initial facts with regard to the EEOC definitions.
- Practice comprehensive notetaking during each interview session. You may want to have each interviewee read and sign the interview notes. Preserve and file your original notes.

## Conducting an Investigation

A thorough investigation includes interviews with the complainant, the accused, and witnesses. Considering the sensitive nature of the charges and the legal implications of mishandling the interview, investigators must be open and nonjudgmental, yet competent at uncovering the necessary details from each party. Because many cases come down to the complainant's word against the accused's, the more details the interviewer can uncover, the better.

DP00031

16  Sexual Harassment: What Foodservice Managers Should Know

# TAKING CORRECTIVE ACTION

Once the investigator completes all interviews and reviews all pertinent files or documents, the organization must make a judgment and determine—when needed—the appropriate corrective action.

Those people responsible for making the final judgment will want to consider how the evidence gathered about the allegation measures up to the EEOC's criteria for sexual harassment. Consider the key points that follow.

- The severity of the offending conduct
- The frequency and scope of the offending behavior (Was it an isolated incident? Was more than one person victimized by the accused?)
- The degree of the conduct's impact on the complainant's job status or working conditions
- The seriousness with which the conduct was intended or perceived

The corrective action must be not only immediate and effective, but also appropriate to the offense. If it is judged that the incident did not constitute sexual harassment, no disciplinary action is taken; however, employers may offer counseling, mediation, review of the company's policy, or expanded training on the subject.

When a judgment for sexual harassment has been made, possible disciplinary measures include the following.

- Written reprimand
- Written warning of termination in the event of subsequent offenses
- Removal of supervisory responsibilities (when applicable)
- Termination

A complete approach to handling sexual harassment claims requires the following.

- A prompt, thorough investigation
- Immediate and appropriate corrective action
  - —For the victim, restoring lost job benefits or opportunities
  - —For the offender, applying sanctions reflective of the severity of the offense, from reprimand to discharge
- Follow-up inquiry, with sensitivity to recurrent misconduct or retaliation

Professionalism and confidentiality during an investigation go a long way in reducing and combatting sexual harassment in the workplace. When employees feel that they can trust the designated investigators to professionally and confidentially handle their claims, they are more likely to come forward. When an organization conducts thorough investigations and takes prompt, appropriate action befitting the severity of the misconduct, it proves that its internal system is working and that no external claim or legal action is necessary. An organization's strong stance against sexual harassment saves money, improves productivity, and preserves a healthy, professional workplace.

**EXHIBIT E**

8-29-10

I heard from staff members about a picture on Amanda's phone, she had shown to several people. I borrowed her phone and sent the picture to my phone. A bar regular had heard about this same picture and said something to me about it. I then made my second bad decision and sent it to his phone. The staff members include: John R, Steve C, Franky and others I can't remember. The guest's name was Todd. I know this was very unprofessional and I regret my actions.

Chris Harrington
*Chris Harrington*

DP00002

EXHIBIT F



989478
09/12/2011

Invoice C/T

EXHIBIT G



| Item | Day | Date | Time | To/From | Type | Msg/KB | Rate Code | Rate Pd | Fea-ture | In/Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | MON | 04/19 | 2:11AM | Data Transfer | Data | 97 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 121 |  | 04/19 | 3:39PM | Data Transfer | Data | 70,363 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 122 | TUE | 04/20 | 12:04AM | Data Transfer | Data | 5,459 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 123 |  | 04/20 | 2:22AM | Data Transfer | Data | 13 KB | CMB1 | AT | GPRR | Out | 0.00 |

Billing Cycle Date:      04/06/10 - 05/05/10
Account Number:          523001724952
                         352-220-2771

Data Detail (Continued)
User Name: HANNAH ROACH
Rate Code: 4N1S=MSG STARTER 200, CMB1=Data Unlimited
Rate Period (PD): AT=Anytime
Feature: SMH=IMB SMS $0.10, GPRR=GPRS $0.00 rate APN002, MMH=IMB MMS $0.10

| Item | Day | Date | Time | To/From | Type | Msg/KB | Rate Code | Rate Pd | Fea-ture | In/Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 124 |  | 04/20 | 6:06AM | Data Transfer | Data | 30,830 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 125 | WED | 04/21 | 2:13AM | Data Transfer | Data | 57,408 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 126 | THU | 04/22 | 2:51AM | Data Transfer | Data | 40,368 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 127 |  | 04/22 | 10:09PM | Data Transfer | Data | 2,405 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 128 | FRI | 04/23 | 12:10AM | Data Transfer | Data | 120 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 129 |  | 04/23 | 2:10AM | Data Transfer | Data | 881 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 130 | SAT | 04/24 | 2:10AM | Data Transfer | Data | 111,817 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 131 | SUN | 04/25 | 2:44AM | Data Transfer | Data | 65,730 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 132 | MON | 04/26 | 2:03AM | Data Transfer | Data | 8,127 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 133 | TUE | 04/27 | 2:03AM | Data Transfer | Data | 253 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 134 |  | 04/27 | 9:35AM | Data Transfer | Data | 2,271 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 135 | WED | 04/28 | 2:35AM | Data Transfer | Data | 103,698 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 136 | THU | 04/29 | 2:37AM | Data Transfer | Data | 283,601 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 137 | FRI | 04/30 | 2:38AM | Data Transfer | Data | 1,256 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 138 | SAT | 05/01 | 2:38AM | Data Transfer | Data | 3,849 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 139 | SUN | 05/02 | 2:38AM | Data Transfer | Data | 67,104 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 140 | MON | 05/03 | 2:10AM | Data Transfer | Data | 112,899 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 141 |  | 05/03 | 12:35PM | Data Transfer | Data | 100,202 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 142 | TUE | 05/04 | 2:34AM | Data Transfer | Data | 11 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 143 |  | 05/04 | 5:49AM | Data Transfer | Data | 19,006 KB | CMB1 | AT | GPRR | Out | 0.00 |
| 144 | TUE | 04/06 | 1:26PM | 813-846-2926 | Multimedia Mess | 1 Msg | 4N1S | AT | MMH | In | 0.00 |
| 145 |  | 04/06 | 3:19PM | 813-446-1259 | Multimedia Mess | 1 Msg | 4N1S | AT | MMH | Out | 0.00 |
| 146 |  | 04/06 | 3:25PM | 813-446-1259 | Multimedia Mess | 1 Msg | 4N1S | AT | MMH | Out | 0.00 |
| 147 | SUN | 04/11 | 3:58AM | 813-846-2926 | Multimedia Mess | 1 Msg | 4N1S | AT | MMH | In | 0.00 |
| 148 | MON | 04/12 | 3:00PM | 352-212-1099 | Multimedia Mess | 1 Msg | 4N1S | AT | MMH | Out | 0.00 |
| 149 | TUE | 04/13 | 3:35PM | 352-212-1099 | Multimedia Mess | 1 Msg | 4N1S | AT | MMH | Out | 0.00 |
| 150 | TUE | 04/20 | 4:14PM | 813-775-5695 | Multimedia Mess | 1 Msg | 4N1S | AT | MMH | In | 0.00 |
| 151 | WED | 04/21 | 7:03PM | 813-562-4999 | Multimedia Mess | 1 Msg | 4N1S | AT | MMH | In | 0.00 |
| 152 | SAT | 04/24 | 6:32PM | 352-212-1099 | Multimedia Mess | 1 Msg | 4N1S | AT | MMH | In | 0.00 |

Billing Cycle Date:      05/06/10 - 06/05/10
Account Number:          523001724952
                         352-220-2771

Call Detail
User Name: HANNAH ROACH
Rate Code: ESM1=Unlimited Expd M2M, UNW9=Unlimited N&W, RM70=Rollover FM 700
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2MC=Expanded Mobile To Mobile, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Fea-ture | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | THU | 05/06 | 11:45AM | 813-418-9092 | TAMPA FL | 1 | RM70 | DT |  |  |  | 0.00 |
| 2 |  | 05/06 | 11:46AM | 813-989-2000 | TAMPA FL | 2 | RM70 | DT |  |  |  | 0.00 |
| 3 |  | 05/06 | 2:36PM | 352-212-1099 | CRYSTA FL | 1 | ESM1 | DT | M2MC |  |  | 0.00 |
| 4 |  | 05/06 | 5:14PM | 352-212-1099 | CRYSTA FL | 18 | ESM1 | DT | M2MC |  |  | 0.00 |
| 5 |  | 05/06 | 10:13PM | 352-533-7720 | DUNNEL FL | 1 | UNW9 | NW |  |  |  | 0.00 |

Billing Cycle Date:      05/06/10 - 06/05/10
Account Number:          523001724952
                         352-220-2771

Call Detail (Continued)
User Name: HANNAH ROACH
Rate Code: ESM1=Unlimited Expd M2M, UNW9=Unlimited N&W, RM70=Rollover FM 700
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2MC=Expanded Mobile To Mobile, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Fea-ture | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 |  | 05/06 | 10:29PM | 352-533-7720 | INCOMI CL | 11 | UNW9 | NW |  |  |  | 0.00 |
| 7 |  | 05/06 | 10:39PM | 352-533-7720 | DUNNEL FL | 12 | UNW9 | NW |  |  |  | 0.00 |
| 8 | FRI | 05/07 | 7:19AM | 352-212-1099 | CRYSTA FL | 2 | ESM1 | DT | M2MC |  |  | 0.00 |
| 9 |  | 05/07 | 5:22PM | 813-380-3799 | TAMPA FL | 1 | RM70 | DT |  |  |  | 0.00 |
| 10 |  | 05/07 | 5:24PM | 813-714-3796 | ZEPHYH FL | 2 | RM70 | DT |  |  |  | 0.00 |
| 11 |  | 05/07 | 5:26PM | 352-212-1099 | CRYSTA FL | 4 | ESM1 | DT | M2MC |  |  | 0.00 |

SRM                                 AT&T Proprietary                                 Page    14
The information contained here is for use by authorized person only
and is not for general distribution.

EXHIBIT H



| | Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|---|
| | Amanda Ward | 761675609 | Mar 09- Apr 08 | Apr 12, 2010 |

A17 of 18

## Call details

### (813) 846-2926 (Continued)
### Voice Call Details

| # | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 294 | 04/04 | 01:50 AM | 212-729-6281 | NEW YORK,NY | NW/WC/PU | 1:00 | |
| 295 | 04/04 | 01:52 AM | 212-729-6281 | Incoming | NW/WC/PU | 1:00 | |
| 296 | 04/04 | 01:53 AM | 212-729-6281 | NEW YORK,NY | NW/WC/PU | 7:00 | |
| 297 | 04/04 | 01:58 AM | 813-732-6593 | Incoming | NW/CW/PU | 4:00 | |
| 298 | 04/04 | 02:03 AM | 212-729-6281 | NEW YORK,NY | NW/WC/PU | 11:00 | |
| 299 | 04/04 | 02:13 AM | 813-732-6593 | Incoming | NW/CW/PU | 1:00 | |
| 300 | 04/04 | 02:13 AM | 212-729-6281 | NEW YORK,NY | NW/WC/PU | 1:00 | |
| 301 | 04/04 | 02:15 AM | 212-729-6281 | Incoming | NW/WC/PU | 2:00 | |
| 302 | 04/04 | 12:14 PM | 813-523-9914 | TAMPA,FL | NW/WC/PU | 4:00 | |
| 303 | 04/04 | 12:23 PM | 212-729-6281 | Incoming | NW/WC/PU | 3:00 | |
| 304 | 04/04 | 01:15 PM | 813-503-1526 | Incoming | NW/WC/PU | 4:00 | |
| 305 | 04/04 | 11:17 PM | 813-732-6593 | TAMPA,FL | NW/WC/PU | 1:00 | |
| 306 | 04/04 | 11:20 PM | 813-598-4249 | TAMPA,FL | NW/WC/PU | 1:00 | |
| 307 | 04/04 | 11:32 PM | 813-598-4249 | TAMPA,FL | NW/WC/PU | 1:00 | |
| 308 | 04/05 | 01:05 AM | VoiceMail | TAMPA,FL | NW/PU | 1:00 | |
| 309 | 04/05 | 04:31 PM | 813-523-9914 | TAMPA,FL | WC/PU | 1:00 | |
| 310 | 04/05 | 04:33 PM | 813-523-9914 | Incoming | WC/PU | 5:00 | |
| 311 | 04/05 | 04:49 PM | 813-500-9746 | TAMPA,FL | WC/PU | 1:00 | |
| 312 | 04/05 | 04:50 PM | 813-500-9746 | Incoming | WC/PU | 3:00 | |
| 313 | 04/05 | 05:14 PM | 813-500-9746 | Incoming | WC/PU | 1:00 | |
| 314 | 04/05 | 05:28 PM | 813-846-2926 | VOICE MAIL | AM/PU | 1:00 | |
| 315 | 04/05 | 05:39 PM | 212-729-6281 | NEW YORK,NY | WC/PU | 6:00 | |
| 316 | 04/05 | 05:45 PM | 813-732-6593 | TAMPA,FL | WC/PU | 1:00 | |
| 317 | 04/05 | 05:46 PM | VoiceMail | TAMPA,FL | PU | 1:00 | |
| 318 | 04/05 | 08:01 PM | 813-503-1526 | TAMPA,FL | NW/WC/PU | 3:00 | |
| 319 | 04/05 | 10:14 PM | 813-236-9200 | TAMPA,FL | NW/PU | 3:00 | |
| 320 | 04/05 | 11:14 PM | 813-236-9200 | TAMPA,FL | NW/PU | 1:00 | |
| 321 | 04/05 | 11:28 PM | 813-732-6593 | TAMPA,FL | NW/WC/PU | 2:00 | |
| 322 | 04/06 | 10:30 AM | 813-900-9413 | Incoming | WC/PU | 3:00 | |
| 323 | 04/06 | 10:35 AM | 813-732-6593 | TAMPA,FL | WC/PU | 1:00 | |
| 324 | 04/06 | 01:31 PM | 800-452-4714 | Toll Free Call | PU | 3:00 | |
| 325 | 04/06 | 02:02 PM | 800-452-4714 | Toll Free Call | PU | 1:00 | |
| 326 | 04/06 | 02:12 PM | 800-362-2793 | Toll Free Call | PU | 2:00 | |
| 327 | 04/06 | 02:13 PM | 800-362-2793 | Toll Free Call | PU | 1:00 | |
| 328 | 04/06 | 02:16 PM | 800-362-2793 | Toll Free Call | PU | 2:00 | |
| 329 | 04/06 | 08:02 PM | 813-732-6593 | TAMPA,FL | NW/WC/PU | 1:00 | |
| 330 | 04/06 | 08:20 PM | 800-362-2793 | Toll Free Call | NW/PU | 1:00 | |
| 331 | 04/06 | 08:27 PM | 813-500-9746 | TAMPA,FL | NW/WC/PU | 2:00 | |
| 332 | 04/06 | 08:31 PM | 813-500-9746 | Incoming | NW/WC/PU | 2:00 | |
| 333 | 04/06 | 10:21 PM | 813-777-3961 | TAMPA,FL | NW/WC/PU | 15:00 | |
| 334 | 04/06 | 10:40 PM | 813-777-3961 | TAMPA,FL | NW/WC/PU | 36:00 | |
| 335 | 04/06 | 11:16 PM | 813-732-6593 | TAMPA,FL | NW/WC/PU | 1:00 | |
| 336 | 04/06 | 11:17 PM | 813-777-3961 | TAMPA,FL | NW/WC/PU | 1:00 | |
| 337 | 04/06 | 11:21 PM | 813-777-3961 | TAMPA,FL | NW/WC/PU | 7:00 | |

NW - Night and Weekends   WC - Any Mobile, Anytime   PU - Plan/Promotional Usage   CW - Call Waiting
AM - Off Network - Included in America Plan